**Fill in this information to identify the case:**

Debtor name _____ Gotspace Data Equity Fund LLC _____

United States Bankruptcy Court for the: _____ District of ___ Massachusetts ___
(State)

Case number (If known): ___ 22-10044 ___

❑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................  $ ___ 0 ___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................  $ 520,400,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................  $ 520,400,000.00

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................  $ ___ 0 ___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................  $ ___ 0 ___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................  + $ 70,168,000.00

4. **Total liabilities**.................................................................................................................  $ 70,168,000.00
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name __Gotspace Data Equity Fund, LLC__

United States Bankruptcy Court for the:_____ District of __Massachusetts__
                                                                        (State)

Case number (If known): __22-10044__

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                          $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Checking Account | DIP | ___ ___ ___ ___ | $  500.00 |
| 3.2. | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $_____ |
| 4.2. | $_____ |

5. **Total of Part 1**                                                       $  500.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | $_____ |
| 7.2. | $_____ |

Debtor    Godspace Data Equity Fund LLC
_____    _____
Name    Case number (if known)    22-10044

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.   P&S Deposits on Land held CATIC Titler and Sellers _____   $ ___5,500,000.00___

8.2. _____   $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ ___5,500,000.00___

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   _____  –  _____  = ........➔   $ _____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   __3,650,000.00__  –  _____  = ........➔   $ __3,650,000.00__
                         face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ __3,650,000.00__

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1.   Godspace Data _____   __5__%   _____   $ __1,125,000.00__

15.2. _____   ____%    _____   $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ __1,125,000.00__

---

Debtor   Gotspace Data Equity Fund LLC                                    22-10044
         _____        Case number _(if known)_ _____
              Name

## Part 5:   Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor   Gotspace Data Equity Fund LLC _____   Case number (if known)___22-10044_____
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☒ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☒ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☒ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor    Corspace Data Equity Fund LLC _____    Case number (if known)__22-10044_____
                    Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor _____
  Gotspace Data Equity Fund LLC
   Name

Case number *(if known)* _____22-10044_____

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | | $ 5,000,000.00 |
| **65. Goodwill**<br>_____ | $_____ | | $ 5,000,000.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 10,000,000.00

---

Debtor _____    Case number *(if known)* ___22-10044___

         GoSpace Data Equity Fund LLC
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➔   $ _____
                                 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   $ _____
    _____   Tax year _____   $ _____
    _____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

    _____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    S&Q Data, Raymond C. Green et al,  Peter Spitalny, George Mclauglin, Thomas Quinn   $ 500,000,000.00

    **Nature of claim**   Contracts and Fraud, Fed Civil RICO   Joan Green, Stuart Borenstein
    **Amount requested**   $ TBA   Verde Group LLC , Blue Vista
                                    Capital,  NE Data Ventures LLC,

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**   Jeff Helman, Storage Bros LLC
    Justin Murphy and Spiro
    *Note: Debtor reserves the right to*   $ _____
    _____   *add others if other claims are*
    **Nature of claim**   _____   *found.*
    **Amount requested**   $ _____

76. **Trusts, equitable or future interests in property**

    _____   $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____   $ _____
    _____   $ _____

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.   $ 500,000,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Debtor    Gotspace Data Equity Fund LLC                                    22-10044
_____    _____
Name                                              Case number *(if known)*

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 5,500,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,650,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 1,125,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➡ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 10,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 500,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 520,400,000.00 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...............................................    $ 520,400,000.00

**Fill in this information to identify the case:**

Debtor name  Gotspace Data Equity Fund LLC

United States Bankruptcy Court for the: _____  District of  Massachusetts
                                                        (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address

_____
_____

**Describe the lien**
_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred   _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address

_____
_____

**Describe the lien**
_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred   _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

| Debtor | Gobspace Data Equity Fund LLC | Case number (if known) | 22-10044 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.__**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____

**Creditor's mailing address**

_____

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____

**Creditor's mailing address**

_____

_____

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Gotspace Data Equity Fund LLC
          Name

Case number (*if known*)___22-10044___

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Gotspace Data Equity Fund LLC |
| United States Bankruptcy Court for the: | Massachusetts<br>District of _____<br>(State) |
| Case number<br>(If known) | 22-10044 |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | $_____ |
|---|---|

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**

Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**

Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____
Gateway Acquisition Co LLC
Name

Case number _(if known)_ __22-10044__

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Part 1.** | **Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

---

2.__ | **Priority creditor's name and mailing address**

$_____  $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.__ | **Priority creditor's name and mailing address**

$_____  $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.__ | **Priority creditor's name and mailing address**

$_____  $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.__ | **Priority creditor's name and mailing address**

$_____  $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____  Case number *(if known)* _____
            Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |

**3.1**
Nonpriority creditor's name and mailing address
Nicholas Fiorillo
3 Kales Way
Harwichport, MA 02646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Salary

Date or dates debt was incurred    2020-Present

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 700,000.00

**3.2**
Nonpriority creditor's name and mailing address
Nicholas Fiorillo
3 Kales Way
Harwichport, MA 02646

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pledged Equity and Loans

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 40,000,000.00

**3.3**
Nonpriority creditor's name and mailing address
S&Q Data c/Gesmer
40 Broad St
Boston, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Contractual

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 5,900,000.00

**3.4**
Nonpriority creditor's name and mailing address
Raymond C. Green Inc
155 Federal Street, Suite 1300
Boston, MA 02110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Contractual

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ 1,000,000.00

**3.5**
Nonpriority creditor's name and mailing address
Peter Spitalny
4 Computer Drive,
Albany, NY 12205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Contractual

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ See # 3.3

**3.6**
Nonpriority creditor's name and mailing address
Samuel Spitaly
505 Overlook Drive,
Atlanta, GA 30345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ See #3.3

| Debtor | Gotspace Data Equity Fund LLC | Case number *(if known)* 22-10044 |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address
Thomas Crabtree
426 North Street
Hyannis, MA 02601

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Contractual

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 5,000.00

---

**3.8** Nonpriority creditor's name and mailing address
Stadia Engeneering
516 Vaux Hall Street
New London, CT C 06320

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 35,000.00

---

**3.9** Nonpriority creditor's name and mailing address
Gotcapital
268 Newbury Street
Boston, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Contributions

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 22,500,000.00

---

**3.10** Nonpriority creditor's name and mailing address
Sullivan and LeShane Inc
287 Capital Ave
Harford 06106

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 18,000,000.00

---

**3.11** Nonpriority creditor's name and mailing address
Jim Laughlin, Lauglin Law
221 North Main Street,
Walingford, CT 06492

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 10,000.00

Debtor _____   Case number _(if known)_ _____
       Gotspace Data Equity Fund LLC
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Jacob Spitalny          Disputed<br>12 Cherry Tree Road<br>Albany, NY 12211 | Line 3.3<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. Stephen Quillina         Disputed<br>1 Bowdoin Steet #412<br>Everett, MA 02149 | Line 3.3<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  _Godspeed Data Equity Quad, LLC_____     Case number _(if known)_ __22-10044__
         Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____Gabspace Data Equity Card LFE_____   Case number (if known)_____22-10044_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ ___0___ |
| 5b. **Total claims from Part 2** | 5b. **+** | $ __70,168,000.00__ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ __70,168,000.00__ |

**Fill in this information to identify the case:**

Debtor name __Gotspace Data Equity Fund LLC__

United States Bankruptcy Court for the: _____ District of __Massachusetts__
(State)

Case number (If known): __22-10044__    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __Gotspace Data  Equity Fund LLC__

United States Bankruptcy Court for the: _____ District of __Massachusetts__
(State)

Case number (If known): __22-10044_____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 GOTCAPITAL LLC, , | 268 Newbury Steet<br>Street<br>Boston MA 02116<br>City   State   ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 GOTSPACE DATA FUND ONE LLC | Street 268 Newbury Steet<br>City Boston MA 02116 State   ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 GOTSPACE DATA PARTNERS LLC | Street 268 Newbury Steet<br>Boston MA 02116<br>City   State   ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 GOTSPACE DEVELOPMENT LLC | Street 268 Newbury Steet<br>City Boston MA 02116 State   ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 OCEAN DEVELOPMENT PARTNERS LLC, | Street 268 Newbury Steet<br>Boston MA 02116<br>City   State   ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 OCEAN DEVELOPMENT PRECINCT I LLC | Street 268 Newbury Steet<br>Boston MA 02116<br>City   State   ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D<br>☐ E/F<br>☐ G |

Debtor  Gotspace Data Equity Fund LLC

Name _____

Case number (if known)_____ 22-10044

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 OCEAN INVESTMENT HOLDINGS LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G |
| 2.8 OCEAN VACATIONS LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G |
| 2.9 OCEAN VACATIONS REALTY TRUST, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G |
| 2.10 ONE SEVEN ONE LLC, WONDERLAND PROPERTIES, LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G |
| 2.11 TREMONT ENTERTAINMENT ENTERPRISES, INC., | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☒ D ☐ E/F ☐ G |
| 2.12 W LOFTS DEVELOPMENT, LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☒ D ☐ E/F ☐ G |
| 2.13 OCEAN REALTY PARTNERS LLC, | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☒ D ☐ E/F ☐ G |
| 2.14 GOTSPACE DATA EQUITY FUND, LLC | Street 268 Newbury Steet City Boston MA 02116 State ZIP Code | RAYMOND C. GREEN, INC., as TRUSTEE OF THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G |

Debtor _____
Gotspace Data Equity Fund LLC
Name

Case number (if known) 22-10044
_____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 GOTSPACE EQUITY FUND 1, LLC, | 268 Newbury Steet *Street* <br> Boston MA 02116 <br> *City*   *State*   *ZIP Code* | RAYMOND C. GREEN, INC., as TRUSTEE OF <br> THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G    D |
| 2.16 GOTSPACE EQUITY FUND 1, LLC | *Street* <br> 268 Newbury Steet <br> *City* Boston MA 02116 *State*   *ZIP Code* | RAYMOND C. GREEN, INC., <br> as TRUSTEE OF <br> THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G    D |
| 2.17 GOTSPACE SELF STORAGE HOLDINGS, LLC, | *Street* <br> 268 Newbury Steet <br> *City* Boston MA 02116 *State*   *ZIP Code* | RAYMOND C. GREEN, INC., <br> as TRUSTEE OF <br> THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G    D |
| 2.18 GOTSPACE MANAGEMENT, LLC, | *Street* <br> 268 Newbury Steet <br> *City* Boston MA 02116 *State*   *ZIP Code* | RAYMOND C. GREEN, INC., <br> as TRUSTEE OF <br> THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G    D |
| 2.18 GOTSPACE MANAGEMENT, LLC, | 268 Newbury Steet *Street* <br> Boston MA 02116 <br> *City*   *State*   *ZIP Code* | RAYMOND C. GREEN, INC., <br> as TRUSTEE OF <br> THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G    D |
| 2.20 GOTSPACE BEVERLY, LLC | 268 Newbury Steet *Street* <br> Boston MA 02116 <br> *City*   *State*   *ZIP Code* | RAYMOND C. GREEN, INC. <br> as TRUSTEE OF <br> THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G    D |
| 2.21 GOTSPACE GLOUCESTER, LLC, | *Street* <br> 268 Newbury Steet <br> *City* Boston MA 02116 *State*   *ZIP Code* | RAYMOND C. GREEN, INC., <br> as TRUSTEE OF <br> THE RAYMOND C. GREEN TRUST, | ☐ D ☐ E/F ☐ G    D |
| 2.22 NICHOLAS FIORILLO | 268 Newbury Steet *Street* <br> Boston, MA 02116 <br> *City*   *State*   *ZIP Code* | | ☐ D ☐ E/F ☐ G    D |
| 2.23 Louis Delpidion | Boston Ballroom Corp <br> 279 Tremont Street, Boston MA 02116 | | D |

**Fill in this information to identify the case:**

Debtor name  Gotspace Data Equity Fund LLC

United States Bankruptcy Court for the: _____ District of Massachusetts
                                                              (State)
Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  S&Q Data c/Gesmer 40 Broad St Boston, MA 02116 | | Contractual | Disputed | | | 5,900,000.00 |
| 2  Raymond C. Green , Inc 155 Federal Street, Suite 1300 Boston, MA 02110 | | Contractual | Disputed | | | 1,000,000.00 |
| 3  Peter Spitalny 4 Computer Drive, Albany, NY | | Contractual | Disputed | | | See #1 |
| 4  Thomas Crabtree 426 North Street Hyannis, MA 02601 | | Contractual | Disputed | | | 5,000.00 |
| 5  Stadia Engeneering 516 Vaux Hall Street New London, CT C 06320 | | Services | | | | 35,000.00 |
| 6  Gotcapital 268 Newbury Street Boston, MA 02116 | | Contributions | | | | 22,500,000.00 |
| 7  Sullivan and LeShane Inc 287 Capital Ave Harford 06106 | | Services | | | | 18,000.00 |
| 8  Jim Laughlin, Lauglin Law 221 North Main Street, Walingford, CT 06492 | | Services | Disputed | | | 10,000.00 |

Gotspace Data Fund LLC                                                    22-10044

Debtor _____          Case number *(if known)*_____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Samuel Spitalny 505 Overlook Drive, Atlanta, GA 30345 | | | Disputed | | | See #3.3 |
| 10 | Stephen Quillinan 1 Bowdoin Steet #412 Everett, MA 02149 | | | Disputed | | | See #3.3 |
| 11 | Jacob Spitalny 12 Cherry Tree Road Albany, NY 12211 | | | Disputed | | | See #3.3 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __Gotspace Data Equity Fund LLC__

United States Bankruptcy Court for the: _____ __Massachusetts__
District of _____
(State)

Case number (*If known*): __22-10044__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/2/2022__                    ✗ _____
MM / DD / YYYY                                    Signature of individual signing on behalf of debtor

__Nicholas Fiorillo__
Printed name

__Owner/Principal__
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors