

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **GOTSPACE DATA EQUITY FUND, LLC,** <br> Debtor | Ch. 11 <br> 22-10044-FJB |

**Order**

**MATTER:**

#42 Emergency Motion filed by Debtor Gotspace Data Equity Fund, LLC to Continue 341 Meeting

Denied.

Dated: 2/23/2022

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge