United States Bankruptcy Court
District of Massachusetts

| | |
|---|---|
| Ocean Development Partners, LLC | Chapter 11 22-10043 |
| Gotspace Data Equity Fund, LLC | Chapter 11 22-10044 |

# DEBTORS' *EMERGENCY* MOTION TO INCLUDE AUDIO RECORDINGS

Ocean Development Partners, LLC and GotSpace Data Equity Fund, LLC Debtors-in-possession in the above-captioned matter (the "Debtor or Debtors"), respectfully requests this Court review the audio recordings as part of the Debtors' Motion to Enlarge Time.

The audio recordings were embedded in the original email communication sent from the Debtors' corporate manager, Nicholas Fiorillo to the attorney for the Trustee, Eric Bradford on March 9, 2022. The audio recordings contain information relative to the request to enlarge time and provide context for the request. Copies of the audio recordings were sent via email to the clerk and parties in this case.

WHEREFORE, the Debtors respectfully requests that the Court to accept the audio recordings and upload the same for review by the Court.

Respectfully Submitted By
Debtors,
Through Counsel,

/s/ Shawn M. Masterson
Shawn M. Masterson,
Shapiro Dorry Masterson, LLC,
145 Waterman Street
Providence, RI 02906
BBO#658276
smasterson@sdmlawgroup.com
401-455-0002

Dated: March 14, 2022

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022 a truecopy of **Debtor's Emergency Request** was served to all CM/ECF participants:

Office of the U.S. Trustee via ECF
Counsel of Record

*/s/Shawn M. Masterson*
Shawn M. Masterson