

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| *In re:* <br><br> GOTSPACE DATA EQUITY FUND, LLC, <br> Debtor | Ch. 11 <br><br> 22-10044-FJB |
|---|---|

### Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing:
#40 Application filed by Debtor Gotspace Data Equity Fund, LLC , to Employ Shawn M. Masterson and the Law Firm of Shapiro Dorry Masterson, LLC as Counsel for the Debtor filed with Affidavit along with certificate of service. (Masterson, Shawn)
#45 Objections filed by the United States Trustee (Bradford, Eric)

**Decision set forth more fully as follows:**

Telephonic Hearing held on 3/15/2022. For the reasons stated on the record, the Objection of the United States Trustee having been sustained, the motion is denied. Proposed counsel to the Debtor confirmed on the record that the Debtor could not meet the statutory standard under 11 U.S.C. section 327(a).

Dated: 3/15/2022

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge