

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> GOTSPACE DATA EQUITY FUND, LLC, <br> Debtor | Ch. 11 <br><br> 22-10044-FJB |

### Order

**MATTER:**

#61 Renewed Motion of Raymond C. Green Trust to Strike and Expunge Secretly Recorded Telephone Conversation from Record of Proceedings Re: 53 Emergency Motion filed by Debtor Gotspace Data Equity Fund, LLC to Extend Time to Respond and to Continue Hearing (Re: 47 U.S. Trustee's Motion to Convert Case to Chapter 7) filed by Creditor Raymond C. Green, Inc.

Pending disposition of this motion, Exhibit 1 of Doc. #53 shall be removed from public view.

Dated: 3/17/2022

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge