# United States Bankruptcy Court
## District of Massachusetts

In re  **Gotspace Data Equity Fund, LLC**　　　　　　　　　　　Case No.  **22-10044**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gotspace Data Equity Fund, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gotspace Data Equity Fund One, LLC**
**268 Newbury Street**
**4th Floor**
**Boston, MA 02116**

**S&Q Data, LLC**
**505 Overbrook Drive NW**
**Atlanta, GA 30318**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 20, 2022** | **/s/ Gary M. Weiner** |
| Date | **Gary M. Weiner 548341** |
| | Signature of Attorney or Litigant |
| | Counsel for **Gotspace Data Equity Fund, LLC** |
| | **Weiner Law Firm, P.C.** |
| | **1441 Main Street** |
| | **Suite 610** |
| | **Springfield, MA 01103** |
| | **413-732-6840 Fax:413-785-5666** |
| | **GWeiner@Weinerlegal.com** |