**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**GOTSPACE DATA EQUITY FUND, LLC,**<br><br>Debtor | **Chapter 11**<br>**Case No. 22-10044-CJP** |

## MOTION TO AMEND SCHEDULES, STATEMENT OF AFFAIRS AND CORPORATE OWNERSHIP STATEMENT

Now comes the Debtor, Gotspace Data Equity Fund, LLC (the "Debtor") and hereby moves this court to amend Schedules A/B, E/F, H, Statement of Financial Affairs, Creditor Matrix and Corporate Ownership Statement (Rule 7007.1) pursuant to Bankruptcy Rule 1009(a). In support thereof, the Debtor states as follows:

1. On January 14, 2022, Gotspace Data Equity Fund, LLC filed a petition for relief under Chapter 11 of the Bankruptcy Code.
2. On April 27, 2022, the Debtor filed a motion to convert the case to a Chapter 7 (Dkt No. 99) which was allowed by the court on April 28, 2022 (Dkt No. 101).
3. On April 28, 2022, Joseph Butler was appointed as Chapter 7 Trustee and the initial meeting of creditors was scheduled for May 24, 2022.
4. On May 24, 2022, the Debtor appeared for the telephonic 341 meeting and said meeting was continued to June 14, 2022 in part to allow the Debtor to file amended schedules and statement of financial affairs.
5. The Trustee and the Debtor through counsel have been in communications in regards to rescheduling the 11 U.S.C. § 341 meeting and the filing of the requested amendments based on the testimony provided at the initial 11 U.S.C. § 341 meeting.
6. The continued 341 meeting is presently scheduled for August 2, 2022 at 10:00 a.m.

Page 2
Motion To Amend
In re: Gotspace Data Equity Fund, LLC
Chapter 11, Case No. 22-10044-FJB

7. Filed concurrently with this motion the Debtor has filed an Amended Schedule B, Amended Schedule F, Amended Schedule H, Amended Summary of Assets and Liabilities, Amended Statement of Financial Affairs, Amended Creditor Matrix and Amended Corporate Statement.

8. No additional creditors have been added as part of the amendments.

Wherefore the Debtor requests that the Court allow the Debtor to amend its Schedules, Summary of Assets and Liabilities, Statement of Financial Affairs, Creditor matrix and Corporate Statement and for such other and further relief as this court deems just.

> Respectfully submitted,
> Gotspace Data Equity Fund, LLC
>
> */s/Gary M. Weiner, Esq.*
> Gary M. Weiner, Esq., BBO#548341
> Robert E. Girvan, III, Esq. BBO#569063
> Weiner Law Firm, P.C.
> 1441 Main Street, Suite 610
> Springfield, MA 01103
> GWeiner@Weinerlegal.com
> RGirvan@Weinerlegal.com
> Tel. No. 413-732-6840
> Fax. No. 413-785-5666
> Date: July 26, 2022

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**GOTSPACE DATA EQUITY FUND, LLC**<br><br>Debtor | Chapter 11<br>Case No.: 22-10044-CJP |

## CERTIFICATE OF SERVICE

I, Gary M. Weiner, Esq., do hereby certify that on July 26, 2022, I served a copy of the Motion to Amend Schedules, Statement of Financial Affairs, Matrix and Corporate Ownership Statement upon the following parties via electronic filing and or first class mail to the following:

Via ECF:

Joseph Butler, Chapter 7 Trustee, JGBBarron@yahoo.com

Eric K. Bradford, U.S. Trustee's Office, Eric.K.Bradford@usdoj.gov; USTPRegion1.WO.ECF@USDOJ.GOV

John Fitzgerald, U.S Trustee's Office, USTPRegion01.BO.ECF@usdoj.gov

David J. Reier on behalf of Raymond C. Green, Inc., david.reier@arentfox.com

Sean W. Gilligan on behalf of Samuel B. Spitalny, Jacob L. Spitalny, Stephen Quillinan and S&Q Data LLC, sean.gilligan@gesmer.com; kevin.peters@gesmer.com; Michael.brier@gesmer.com; lauren.haskins@gesmer.com

All other parties requesting electronic notice and by first class mail to the following:

Jim Laughlin,
221 North Main Street
Wallingford, CT 06492

Nicholas Fiorillo
3 Kales Way
Harwich Port , MA 02646

                                                            /s/ Gary M. Weiner, Esq.
                                                            Gary M. Weiner, Esq.